| | | | |
|---|---|---|---|
| Woods v. Kirkegard | OP 17-0040<br>Denied | 02/14/17 | Original Proceeding<br>Habeas Corpus |
| Ament v. Green | OP 17-0071<br>Denied | 02/14/17 | Original Proceeding<br>Habeas Corpus |
| McDonald v. Zink<br>2017 MT 33N | DA 16-0154<br>Affirmed | 02/21/17 | Dist. 13<br>(Yellowstone) |
| State v. Hope<br>2017 MT 34N | DA 16-0501<br>Affirmed | 02/21/17 | Dist. 7 (Dawson) |
| Adoption of L.E.N.<br>2017 MT 35N | DA 16-0268<br>Affirmed | 02/21/17 | Dist. 10 (Fergus) |
| Mallo v. Kirkegard | OP 16-0718<br>Denied | 02/21/17 | Original Proceeding<br>Habeas Corpus |
| City of Great Falls v.<br>Kiser<br>2017 MT 41N | DA 16-0063<br>Affirmed | 02/28/17 | Dist. 8 (Cascade) |
| Marriage of<br>Grommet<br>2017 MT 42N | DA 16-0195<br>Affirmed | 02/28/17 | Dist. 11 (Flathead) |
| Slate v. Bozeman<br>Deaconess<br>2017 MT 43N | DA 16-0140<br>Affirmed | 02/28/17 | Dist. 18 (Gallatin) |
| Marriage of Struck<br>2017 MT 44N | DA 16-0467<br>Affirmed | 02/28/17 | Dist. 11 (Flathead) |
| Shyne v. 1st Judicial<br>District | OP 17-0091<br>Denied | 02/28/17 | Original Proceeding<br>Supervisory Control |
| Funk v. Shearer | OP 17-0105<br>Denied | 02/28/17 | Original Proceeding<br>Habeas Corpus |
| State v. Hernvall<br>2017 MT 46N | DA 16-0067<br>Affirmed | 03/07/17 | Dist. 20 (Sanders) |
| Branham v. State<br>2017 MT 47N | DA 15-0343<br>Affirmed | 03/07/17 | Dist. 4 (Missoula) |